| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Colton, Roberta A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court for the Middle District of Florida | 3. Date of Report<br><br>06/27/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>400 W. Washington St. Rm. 6300<br>Orlando, Florida 32801 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President/Board of Trustees | Hillsborough County Bar Foundation |
| 2. Executive Committee | Trenam Law Firm (Jan 1, 2016 - Mar. 31, 2016) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/31/2016 | Return of Capital from Former Law Firm - Trenam Law and R.A. Colton -$41,372 payable over two years. |
| 2. 2016 | 401(k) Plan with Former Law Firm |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Compensation from former firm - Trenam Law | $51,250.00 |
| 2. 3/31/2016 | Return of Capital from former firm - Trenam Law | $15,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Jacksonville Bar Association | Aug. 25-26, 2016 | Jacksonville, Florida | Seminar | Hotel, Dinner and Transportation |
| 2. | Florida Bar - Business Law Section | Nov. 1-2. 2016 | Miami, Florida | Seminar-View From the Bench | Hotel, Dinner and Transportation |
| 3. | National Conference of Bankruptcy Judges | Oct 26-29. 2016 | San Francisco | Conference/seminar | Stipend for Expenses |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/27/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | M | T | | | | | |
| 2. Ally Bank CD | A | Interest | L | T | | | | | |
| 3. Northern Trust Account | A | Interest | | | Closed | 12/09/16 | M | | |
| 4. Vanguard Retirement Fund 2025 | D | Dividend | N | T | | | | | |
| 5. Vanguard Admiral Fund | B | Dividend | M | T | | | | | |
| 6. Vanguard Ltd. Municipal Fund | A | Dividend | K | T | | | | | |
| 7. UBS Money Mkt. Account | A | Interest | | | Closed | 08/16/16 | K | | |
| 8. Boeing Stock | A | Dividend | | | Sold | 08/16/16 | K | E | |
| 9. Nextera Energy Stock | A | Dividend | | | Sold | 08/16/16 | K | E | |
| 10. Eaton Vance Nat'l Municipal IncomeFund | A | Dividend | | | Sold | 08/16/16 | K | A | |
| 11. IBM Stock | B | Dividend | | | Sold | 08/16/16 | K | D | |
| 12. Templeton Global Income Fund | A | Dividend | | | Sold | 08/16/16 | J | C | |
| 13. Walt Disney Stock | A | Dividend | | | Sold | 08/16/16 | K | E | |
| 14. Comcast Stock | A | Dividend | | | Sold | 08/16/16 | J | D | |
| 15. Shwab Money Mkt. Account | A | Interest | O | T | | | | | |
| 16. Vanguard Wellsley Fund - IRA | B | Dividend | M | T | | | | | |
| 17. Charter Comm. | | None | | | Sold | 08/16/16 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morley Stable Value Fund - Trenam 401(k) | | None | | | Sold | 08/16/16 | M | | |
| 19. Metro West tltRtn Bond Fund 1- Trenam 401(k) | B | Dividend | | | Sold | 08/26/16 | M | | |
| 20. Am. Fds Bal. R5 Fund - Trenam 401(k) | B | Dividend | | | Sold | 08/26/16 | M | | |
| 21. Amazon Stock | | None | | | Sold | 08/16/16 | M | G | |
| 22. AT&T Stock | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 23. Avis budget Stock | | None | | | Sold | 08/16/16 | J | A | |
| 24. Charles Schwab Corp. Stock | A | Dividend | | | Sold | 08/16/16 | K | A | |
| 25. CSCO | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 26. Express Scripts Stock | | None | | | Sold | 08/16/16 | J | C | |
| 27. Intel Stock | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 28. McKesson Stock | A | Dividend | | | Sold | 08/16/16 | J | E | |
| 29. Oracle Stock | A | Dividend | | | Sold | 08/16/16 | J | D | |
| 30. Pfizer Stock | A | Dividend | | | Sold | 08/16/16 | K | D | |
| 31. Time Warner Cable Stock | A | Dividend | | | Sold | 05/20/16 | J | A | |
| 32. Time Warner Inc. Stock | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 33. Wyndham Workwide Stock | A | Dividend | | | Sold | 08/16/16 | J | C | |
| 34. Baron Asset Fund | A | Distribution | | | Sold | 08/16/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Global Research Fund | | None | | | Sold | 08/16/16 | K | D | |
| 36. Schwab Core Equity Fund | | None | | | Sold | 08/16/16 | J | B | |
| 37. Touchstone Focused Fund | | None | | | Sold | 08/16/16 | J | C | |
| 38. Eaton Vance Total Rate Advantage Fund | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 39. T. Rowe Price Rtmt. 2020 Fund- Trenam 401(k) | | None | | | Sold | 08/26/16 | K | | |
| 40. Vanguard Tl Stk Mkt Indx. Adm Fund - Trenam 401(k) | B | Dividend | | | Sold | 08/26/16 | N | | |
| 41. Vanguard Sel. Value Inv. Fund - Treanm 401(k) | | None | | | Sold | 08/26/16 | L | | |
| 42. Am Fds EuroPacific Grth R6 Fd - Trenam 401(k) | | None | | | Sold | 08/26/16 | M | | |
| 43. Vanguard Variable Annuity- Equity Index | A | Dividend | K | T | | | | | |
| 44. Vanguard Variable Annuity - Balanced | A | Dividend | L | T | | | | | |
| 45. Vanguard Variable Annity- Growth | A | Dividend | K | T | | | | | |
| 46. Vanguard Variable Annuity-Money Market | A | Dividend | K | T | | | | | |
| 47. Vanguard Variable Annuity - Equity Income | A | Dividend | J | T | | | | | |
| 48. Fifth Third Bank- HSA | A | Interest | J | T | | | | | |
| 49. UBS - IRA - MM | A | Int./Div. | | | Closed | 08/16/16 | J | | |
| 50. Artisan Intl Value Fund | B | Distribution | | | Buy | 09/22/16 | K | | |
| 51. Artisan It'l Value Fund | A | Dividend | | | Buy | 08/16/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Artisan Int'l Value Fund | | None | | | Sold | 12/30/16 | L | A | |
| 53. Vanguard Total Int'l Stk/VTIAX | A | Dividend | | | Buy | 08/16/16 | L | | |
| 54. Vanguard Total Int'l Stk/VTIAX | | None | | | Sold | 12/30/16 | L | A | |
| 55. Vanguard Total Bond/VBTLX | B | Dividend | | | Buy | 08/16/16 | M | | |
| 56. Vanguard Total Bond/VBTLX | A | Distribution | | | Sold | 12/30/16 | M | A | |
| 57. Opp. Dev. Mkt/ODVYX | A | Dividend | | | Buy | 08/18/16 | L | | |
| 58. Opp. Dev. Mkt/ODVYX | | None | | | Sold | 12/30/16 | L | A | |
| 59. Harbor International/HAINX | | None | | | Buy | 08/18/16 | L | | |
| 60. Harbor International/HAINX | B | Dividend | | | Sold | 12/31/16 | L | A | |
| 61. Vanguard Small Cap Inx/VSMAX | A | Dividend | K | T | Buy | 09/22/16 | K | | |
| 62. Vanguard Short Term infl/VTAPX | A | Dividend | L | T | Buy | 08/18/16 | L | | |
| 63. Vanguard Total Stk. Index | B | Dividend | M | T | Buy | 08/18/16 | K | | |
| 64. Vanguard Total Stk. Index | | None | | | Buy (add'l) | 09/20/16 | K | | |
| 65. Vanguard Total Stk. Index | | None | | | Buy (add'l) | 10/18/16 | L | | |
| 66. Vanguard Total Stk. Index | | None | | | Buy (add'l) | 11/21/16 | L | | |
| 67. Westwood Inc. Oppty Fund | B | Dividend | N | T | Buy | 09/06/16 | N | | |
| 68. Westwood Inc. Oppty Fund | B | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard REIT Index | A | Dividend | K | T | Buy | 08/18/16 | K | | |
| 70. Deutsche Global Infrastructure Inst. | | None | | | Buy | 08/18/16 | K | | |
| 71. Deutsch Global Inrastructure Inst. | A | Dividend | L | T | Buy (add'l) | 12/20/16 | K | | |
| 72. Baird Short Term Bd. Inst. | | None | N | T | Buy | 12/28/16 | N | | |
| 73. Eaton Vance Floating Rate Adv. 1 | A | Dividend | K | T | Buy | 08/18/16 | K | | |
| 74. Oakmark Int'l Sm. Cap Fund | B | Dividend | L | T | Buy | 08/18/16 | L | | |
| 75. Oakmark Int'l Sm. Cap Fund | A | Distribution | | | | | | | |
| 76. Seafarer Overseas Gwth. & Inc. Fund Inst. | | None | L | T | Buy | 12/30/16 | L | | |
| 77. Van Eck Global Hard Assets Fund CL 1 | A | Dividend | K | T | Buy | 08/18/16 | K | | |
| 78. Van Eck Global Hard Assets Fund CL 1 | | None | | | Buy (add'l) | 09/20/16 | K | | |
| 79. Van Eck Global Hard Assets Fund CL 1 | | None | | | Buy (add'l) | 12/22/16 | J | | |
| 80. Metro West Total Return Bd. I Fund | B | Dividend | O | T | Buy | 09/06/16 | N | | |
| 81. Metro West Total Return Bd. I Fund | | None | | | Buy (add'l) | 12/30/16 | M | | |
| 82. Templeton Total ReturnAdv. | B | Dividend | N | T | Buy | 09/06/16 | N | | |
| 83. FMI Int'l FB | | None | M | T | Buy | 12/30/16 | M | | |
| 84. Loomis Sayles Strat. Inc. Fund | C | Dividend | M | T | Buy | 09/06/16 | N | | |
| 85. Loomis Sayles Strat. Inc. Fund | D | Distribution | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Total St. Index | | None | | | Buy (add'l) | 12/20/16 | L | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/27/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 06/27/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Note 1:  Liquidation of 401(k) Plan.  In August 2016, I liquidated the 401(k) plan that I had with my former law firm for over 30 years.  I have been advised that the Plan Administrator for the 401(k) Plan does not account or keep records on contributions and earnings that could be used to calculate gains.  I am sure there are significant gains, but the information is not available to calculate them.  Accordinly, I have left column D(4) blank for Lines 18-20 and 39-42.

Note 2:  Where a fund has multiple Line entries (to indicate additional purchases or sales), I have reflect 2016 earnings for the fund as whole in just one of the Lines. The remaining Lines for that fund reflect "None" in column B(2).

Note 3:  Liquidation of Individual Stock Holdings.  Also, in August 2016, I also liquidated all of my individual stock holdings.  A number of the stocks and funds sold actually were at a loss.  In that event, I still used the value "A".  Stocks sold with a value of less than $1,000 are not included in this form.

Responses to Two Inquiries from the Committee on Financial Disclosures, dated May 26, 2017:

INQUIRY: Part VII, listing "CSCO" does not appear on prior (2015) report.
RESPONSE:  I misidentified this stock in my 2015 report.  "Comcast" is listed twice, first on line 14 and again on line 25 of my amended 2015 report dated July 26, 2016. One of the entries should have been designated "CSCO."  The information for both stock is the same.

INQUIRY: Part VII, line 52 "Artisan Int'l Value Fund" does not appear on the prior (2015) report.
RESPONSE:   The Artisan Int'l Value Fund  shares were purchased during the 2016 reporting period, not during the prior reporting period.  The purchases and dates of purchase are reflected on lines 50 and 51 of this report.  The shares were sold later in this 2016 reporting period, as reflected on line 52.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roberta A. Colton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544